No. 836, Misc. WOLFE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 863, Misc. PETERS *v.* NEW MEXICO ET AL. Supreme Court of New Mexico. Certiorari denied.

No. 869, Misc. SPENCER *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 871, Misc. RAMIREZ *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Whitman Knapp* for petitioner.

No. 925, Misc. TURNBAUGH *v.* RANDOLPH, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 930, Misc. LIPSCOMB *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 932, Misc. SPRINGER *v.* RICHMOND, WARDEN. Superior Court of Connecticut. Certiorari denied.

No. 933, Misc. FLOWERS *v.* RICHMOND, WARDEN. Superior Court of Connecticut. Certiorari denied.

No. 848, Misc. BANDY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.